Joseph R. Manning, Jr. (SBN 223381)
DisabilityRights@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Tel: 949.200.8755 / Fax: 866.843.8308

Attorneys for Plaintiff:
ANTHONY BOUYER


Marc Aa. Collins. (SBN 136769)
mcollins@collinskhan.com
Azim Khanmohamed. (SBN 277717)
azim@clgla.com
R. Michael Collum. (SBN 145105)
**COLLINS & KHAN LLP**
3435 Wilshire Blvd., Ste. 2600
Los Angeles, CA 90010-2246
Telephone: 323.549.0700 / Fax: 323.549.0707

Attorneys for Defendants:
PLAZA POSADA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>PLAZA POSADA, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>　　Defendants. | Case No.: 2:20-cv-10404-JFW-PD<br><br>Hon. John F. Walter<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: November 13, 2020<br>Trial Date: None |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ANTHONY BOUYER ("Plaintiff") and PLAZA POSADA, LLC ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April 19, 2021     **MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Anthony Bouyer

DATED: April 19, 2021     **COLLINS & KHAN LLP**

By: /s/ *Marc aA. Collins*
    Marc Aa. Collins
    Attorneys for Defendant
    Plaza Posada, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 19, 2021     By: /s/ *Joseph R. Manning, Jr.*