JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>PLAZA POSADA, LLC, a California limited liability company,<br><br>  Defendants. | Case No. 2:20-cv-10404-JFW-PDx<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and Plaza Posada, LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: April 19, 2021

_____
UNITED STATES DISTRICT JUDGE

1